NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

ABELARDO CHAPARRO, *Petitioner*.

No. 1 CA-CR 17-0163 PRPC
FILED 1-4-2018

Petition for Review from the Superior Court in Maricopa County
No. CR1995-005120
The Honorable Christopher A. Coury, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane Meloche
*Counsel for Respondent*

Abelardo Chaparro, Tucson
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Kenton D. Jones, Judge Jon W. Thompson, and Judge Jennifer M. Perkins delivered the decision of the Court.

**PER CURIAM**:

¶1      Petitioner Abelardo Chaparro seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1. This is the petitioner's sixth successive petition.

¶2      Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012). It is the petitioner's burden to show that the superior court abused its discretion in denying the petition. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

¶3      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not shown any abuse of discretion.

¶4      Accordingly, we grant review and deny relief.